UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) |
| Plaintiff, | ) ) ) Case No. 20 CR 40068 |
| vs. | ) ) |
| **AUSTON M. MCLAIN**, | ) ) |
| Defendant. | ) ) |

## MOTION FOR MENTAL HEALTH EVALUATION

NOW COMES, Defendant AUSTON M. MCLAIN, by and through his attorney Andrew M. Larson, pursuant to 18 U.S.C. § 4241 and in support of his Motion for Mental Health Evaluation states as follows:

1. The Defendant was indicted on December 2, 2020.
2. That the Defendant suffers from mental issues secondary to a stroke.
3. The undersigned is having difficulty communicating with the Defendant about the discovery and issues in the case.
4. The Defendant may be suffering from a mental condition rendering him incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him and is unbale to assist in his defense.
5. The Defendant requests a hearing on this Motion on May 13, 2020 at the time set for a Pretrial Conference.
6. The Assistant United States Attorney assigned to this case, Ryan Bintz, is not opposed to this date and time of such hearing.

WHEREFORE, Attorney for Defendant AUSTON MCLAIN requests that the Court hold a hearing and after such hearing, if the Court determines that it is appropriate, a mental health evaluation and for any further relief the Court deems equitable.

By: /S/ Andrew M. Larson
Attorney for Defendant
3610 25th Street, Suite 2
Moline, IL 61265
Phone: 309-757-7500
Fax: 309-757-7504
Email: andrew@andrewmlarson.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 11

2, 2021, I electronically filed the foregoing with the Clerk of Court using ECF and a true copy of the foregoing was served electronically upon the following:

Assistant United States Attorney
Ryan Bintz

By USPS
Mr. Auston McLain
C/O Rock Island County Jail