UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) |
| Plaintiff, | ) Case No. 20 CR 40068 |
| vs. | ) |
| **AUSTON M. MCLAIN**, | ) |
| Defendant. | ) |

ORDER FOR PSYCHIATRIC OR PSYCHOLOGICAL EXAMINATION

This matter having come before the Court upon defense counsel's motion to determine the competency of the Defendant to stand trial and the Defendant's sanity at the time of the alleged offense; the Government by Assistant United States Attorney Ryan Bintz, and the Defendant by his attorney, Andrew M. Larson; and the Government having no objection to said motion, and the Court being otherwise fully advised in the premises;

THE COURT ORDERS pursuant to Title 18 U.S.C. §§ 4241(b) and 4247(b) and (c), that the defendant be committed to the custody of the Attorney General for a reasonable period, not to exceed thirty (30) days, during which a psychiatric or psychological examination shall be conducted upon the defendant.

Such examination shall be conducted in a suitable facility closest to the Court Pursuant to Title 18 U.S.C. § 4241, such examination shall determine whether the defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceeding against him or to properly assist in his defense and his competency to stand trial.

Such examination shall also determine whether, pursuant to Title 18 U.S.C.§4242, at the time of the commission of the acts constituting the alleged offenses, the defendant, as a result of a severe mental disease or defect, was unable to appreciate the nature and quality or the wrongfulness of his acts.

IT IS FURTHER ORDERED that a psychiatric or psychological report be prepared by the examiner designated by the Attorney General to conduct the psychiatric or psychological examination and that such report be filed with the Court, with copies to be provided to defense counsel and the Assistant United States Attorney assigned to this case.

IT IS FURTHER ORDERED that pursuant to Title 18 U.S.C. § 3161(h)(1)(A), the period of time from the filing of the defendant's Motion to Determine Mental Competency of Defendant to the entry of an order finding the Defendant competent is EXCLUDED for purposes of calculating the defendant's speedy trial rights.

DATE: 5/20/21

\_\_s/Sara Darrow_____
SARA L. DARROW
UNITED STATES DISTRICT JUDGE