

**U.S. Department of Justice**

Federal Bureau of Prisons

*Metropolitan Detention Center*

*535 N. Alameda Street*
*Los Angeles, California 90012*

July 15, 2021

The Honorable Sara Darrow
Chief United States District Judge
131 E. 4th Street
Davenport, IA 52801

RE:     MCLAIN, Auston M.
        Case No. 4:20-cr-4006-SDL-JEH-1
        Reg. No. 17483-509

Dear Judge Darrow:

This is in response to the court order dated May 20, 2021, which committed Mr. McLain for an examination pursuant to 18 U.S.C. § 4241 and § 4242.  Mr. McLain arrived at the Metropolitan Detention Center (MDC), Los Angeles, CA, on June 17, 2021.  Ordinarily, the study period begins on the date of arrival; however, as a result of the COVID-19 pandemic, all new arrivals require a quarantine period.  We ask the Court to determine that commitment for the evaluation commence upon the date his quarantine ended, July 12, 2021.

The MDC-LA is experiencing delays, and has been under modified operations, with restricted movement within the facility.  This is expected to continue indefinitely, and will impact our ability to conduct and complete evaluations under the normal time frames.  Pursuant to 18 U.S.C. § 4241 and § 4242, the defendant may be committed for a period of up to 45 days so that our Psychology staff can complete the evaluations.  Our clinical psychologist respectfully requests a 15-day extension, as permitted by the statute, to complete the testing and examination necessary to develop a history, diagnosis, and opinion.  It is anticipated that the evaluation will be completed by September 9, 2021.  The report will be submitted to the Court within three weeks of completion of the evaluation.  You can expect to receive the report by September 30, 2021, should you grant our request for an extension.

If you should have any questions regarding the evaluation, please contact Dr. Lisa Matthews, Chief Psychologist at (213) 485-0439, ext. 5468 or at lhope@bop.gov.  For any other questions, please contact me directly.

Sincerely,

W. Z. Jenkins II
Warden